UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 3700 ASSOCIATES, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br>v.<br><br>INTER WIRES, INC., a business entity in Ireland,<br><br>            Defendant. | 2:07-CV-01460-PMP-GWF<br><br>**ORDER** |

On January 25, 2008, the Honorable George W. Foley, Jr., United States Magistrate Judge, entered Findings and Recommendations (Doc. #25) recommending that Defendant's Answer to Plaintiff's Complaint be stricken, and that default judgment be entered against Defendant Inter Wires, Inc., and Plaintiff 3700 Associates, LLC, be authorized to apply for entry of a default judgment against the Defendant.

On February 11, 2008, the Court received via a fax from Mr. Claude Levy, manager of Inter Wires Inc., Objections to the Findings and Recommendations of Magistrate Judge Foley (Doc. #27). On February 27, 2008, Plaintiff's 3700 Associates, LLC, filed a Response to Defendant's Objections (Doc. #28). At the outset, the Court notes the frustration expressed by Claude Levy with the proceedings which have occurred in this case. It is apparent that Mr. Levy does not understand that although this Court is a Court of limited jurisdiction, the law controlling in this Court nonetheless requires that a corporate party appear through counsel.

1  Defendant Inter Wires, Inc., has failed to do so throughout these proceedings.  The Court
2  has further reviewed <u>de</u> <u>novo</u> of the record in this case in accordance with 28 U.S.C.§
3  636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Foley's
4  Report of Findings and Recommendation should be Affirmed.
5       **IT IS THEREFORE ORDERED** that Defendant Inter Wires' Objections  (Doc.
6  #27) are Overruled and Magistrate Judge Foley's Findings and Recommendations (Doc.
7  #25) are Affirmed.

9  DATED:  March 3, 2008.

PHILIP M. PRO
United States District Judge